No. 278. Schuman Brothers, a Copartnership, Consisting of Morris Schuman and Joseph M. Schuman, *v.* First National Bank of Skiatook. Error to the Supreme Court of the State of Oklahoma. Argued April 19, 1927. Decided April 25, 1927. *Per Curiam.* Writ of error dismissed under § 237 of the Judicial Code as amended by the Act of February 13, 1925, 43 Stat. 936, and the writ treated as an application herein for a writ of certiorari is also denied. *Mr. C. L. Yancey,* with whom *Mr. Claude H. Rosenstein* was on the brief, for plaintiffs in error. *Messrs. Dale C. Dillon* and *B. A. Lewis* were on the brief for defendant in error.

---

No. 2, original. State of New Mexico *v.* State of Texas. May 2, 1927. On consideration of the report of *Charles Warren, Esq.,* the special master herein, respecting the services rendered by him as such special master;

It is ordered and decreed by the Court that the amount of the compensation of such special master for his services rendered herein be fixed at the sum of thirty-five hundred dollars, and that one-half of the same be paid by each of the parties hereto.